RUSS AUGUST & KABAT
Alexander C.D. Giza, State Bar No. 212327
Email: agiza@raklaw.com
Irene Y. Lee, State Bar No. 213625
Email: ilee@raklaw.com
Robert F. Gookin, State Bar No. 251601
Email: rgookin@raklaw.com
Twelfth Floor
12424 Wilshire Boulevard
Los Angeles, California  90025
Telephone: 310.826.7474
Facsimile:  310.826.6991

JS-6

Attorneys for Plaintiffs Must Win, Inc. and Urban Expressions, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUST WIN, INC., a California corporation; and URBAN EXPRESSIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>US PROMOTIONS, INC., dba MEGHAN LOS ANGELES, a Nevada corporation; SACHA HASON, an individual; DOES 1 through 5<br><br>Defendants. | Case No. CV-13-01580-CJC(JCx)<br><br>Assigned to The Honorable Cormac J. Carney<br>Courtroom No.: 9B<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION** |

3283-009 130625 Final Judgment.doc

**[PROPOSED] FINAL JUDGMENT AND PERMANENT INJUNCTION**

WHEREAS, Plaintiffs Must Win, Inc. and Urban Expressions, Inc. (collectively, "Plaintiffs" or "Urban Expressions") are the exclusive and sole owner of the rights in various URBAN EXPRESSIONS marks in connection with making, marketing and selling high-quality, vegan and animal-free bags, including United States Trademark Registration Nos. 3,878,378 and 4,211,669 (collectively, the "URBAN EXPRESSIONS Mark");

WHEREAS, Defendants US Promotions, Inc. dba Meghan Los Angeles and Sacha Hason (jointly, severally and collectively "Defendants") removed, obliterated or otherwise covered the URBAN EXPRESSIONS Mark from Urban Expressions bags and falsely represented and sold Urban Expressions bags under their own MEGHAN LOS ANGELES logo (collectively, the "Infringing Products");

WHEREAS, a dispute has arisen between Urban Expressions and Defendants in that Urban Expressions has alleged that Defendants' removing, obliterating and/or covering the URBAN EXPRESSIONS Mark and falsely representing and selling Urban Expressions bags under the MEGHAN LOS ANGELES logo violates Urban Expressions' rights in the URBAN EXPRESSIONS Mark and constitutes, among other things, false designation of origin and unfair competition;

WHEREAS, on or about March 5, 2013, Urban Expressions commenced the above-captioned action ("Action") against Defendants, alleging, among other things, claims of trademark infringement, false designation of origin and unfair competition;

WHEREAS, Urban Expressions and Defendants have reached a full and final settlement of the Action, which settlement was memorialized in a certain document dated June 25, 2013 (the "Agreement"); and

WHEREAS, the Agreement provides, in pertinent part, that Defendants consent to the entry of a permanent injunction enjoining Defendants from

1  removing, obliterating and/or covering or assisting others to remove, obliterate or
2  cover the URBAN EXPRESSIONS Mark from Urban Expression products and
3  using or assisting others to use any other mark, logo, name or designation on
4  Urban Expression products.

5    NOW, THEREFORE, it is,

6    ORDERED, ADJUDGED and DECREE that:

7    1. This Court has jurisdiction over the subject matter of this Action and
8  over the parties hereto.

9    2. Urban Expressions is the owner of the URBAN EXPRESSIONS
10 Marks, which are valid, enforceable, well-known and highly recognized.

11   3. Defendants engaged in reverse passing off by removing, obliterating
12 and/or covering the URBAN EXPRESSIONS Marks on Urban Expressions
13 products and offering to sell and selling Urban Expression products under other
14 mark, logo, name or designation, such as the MEGHAN LOS ANGELES logo.

15   4. Each Defendant and its officers, members, principals, agents,
16 servants, employees and all persons and entities in active concert or participation
17 with any of them, be and hereby are permanently restrained and enjoined from
18 engaging in violating Urban Expressions' rights with respect to the URBAN
19 EXPRESSIONS Marks, either directly or indirectly, in any manner, including:

20    (a) distributing, circulating, advertising, marketing, promoting,
21 importing, exporting, displaying, shipping, offering for sale or selling Urban
22 Expression products under a mark, logo, name or designation that is not URBAN
23 EXPRESSIONS, including, without limitation, the MEGHAN LOS ANGELES
24 logo, after June 25, 2013;

25    (b) committing any other acts calculated to cause purchasers to
26 believe that Urban Expressions' genuine products are Defendants' products or
27 associated with either Defendant in any way; and

28

RUSS, AUGUST & KABAT

3283-009 130625 Final Judgment.doc     3

**FINAL JUDGMENT AND PERMANENT INJUNCTION**

   (c) assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 5(a) and 5(b) above.

  5. Each party shall bear its own costs, expenses, and attorneys' fees associated with this Action.

  6. The execution of this Final Judgment shall serve to bind and obligate the parties hereto.

  7. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Final Judgment, the enforcement thereof and the punishment of any violations thereof.  Except as otherwise provided herein, this Action is fully resolved in favor of Urban Expressions with prejudice as to Defendants.

  8. After the Court has entered this Judgment, Urban Expressions shall promptly provide a copy of it to Defendants, and Urban Expressions shall file with the Court a proof of service thereof within thirty (30) days thereafter.

Dated: <u>July 11</u>, 2013

                Cormac J. Carney
                United States District Judge

## CONSENTS

The undersigned parties to this Action consent to the entry of this Final Judgment and Permanent Injunction upon consent.

US Promotions, Inc.  
dba Meghan Los Angeles

Sacha Hason

By: _____

By: _____

Name: _____

Date: _____

Title: _____

Date: _____

Must Win, Inc.

Urban Expressions, Inc.

By: _____

By: _____

Name: _____

Name: _____

Title: _____

Title: _____

Date: _____

Date: _____

DATED: July 11, 13

Respectfully submitted,

RUSS, AUGUST & KABAT

By:_____
    Robert F. Gookin  
Attorneys for Plaintiffs  
Must Win, Inc. and Urban Expressions, Inc.

3283-009 130625 Final Judgment.doc

5

**FINAL JUDGMENT AND PERMANENT INJUNCTION**